**OMNI DEVELOPMENT CORPORATION, Appellant,**

v.

**Ed SCHAFER, Secretary of Agriculture, Appellee.**

**No. 2008–1197.**

United States Court of Appeals, Federal Circuit.

May 30, 2008.

Graham H. Norris Jr., Orem, UT, for Appellant.

Armando Rodriguez, Department of Justice, Washington, DC, Elise Foster, Department of Agriculture, Ogden, UT, for Appellee.

ON MOTION

*ORDER*

The Secretary of Agriculture moves to dismiss Omni Development Corporation's appeal from the United States Civilian Board of Contract Appeal's decisions in *Omni Dev. Corp. v. Dep't. of Agriculture,* 609–C and 610–C, as untimely. Omni states that it does not oppose.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The Secretary's motion is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.